IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lemond, Mac Arthur | Case Number: 05 B 29270 |
| | Judge: Hollis, Pamela S |
| Printed: 10/2/07 | Filed: 7/25/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: August 20, 2007
Confirmed: October 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,745.00 | |
| Secured: | | 3,790.73 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,600.00 |
| Trustee Fee: | | 354.27 |
| Other Funds: | | 0.00 |
| Totals: | 6,745.00 | 6,745.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,600.00 | 2,600.00 |
| 2. | Consumer Portfolio Services | Secured | 12,124.99 | 3,790.73 |
| 3. | Premier Bankcard | Unsecured | 30.74 | 0.00 |
| 4. | Consumer Portfolio Services | Unsecured | 792.90 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 84.88 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 21.00 | 0.00 |
| 7. | B-Line LLC | Unsecured | 111.36 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 9. | JRS-I Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,765.87 | $ 6,390.73 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 195.23 |
| 5% | 35.50 |
| 4.8% | 85.20 |
| 5.4% | 38.34 |
| | _____ |
| | $ 354.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lemond, Mac Arthur

Printed: 10/2/07

Case Number: 05 B 29270
Judge: Hollis, Pamela S
Filed: 7/25/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*